UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EL'DIVINE STARKIM ALLAH-EL,

                      Plaintiff,

          -v.-

COLUMBIA UNIVERSITY, et al.,

                    Defendants.

25 Civ. 8101 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On December 3, 2025 and December 5, 2025, Defendants Columbia University and Universal Protection Service, LLC d/b/a Allied Universal Security Services ("Allied Universal") separately moved to dismiss the Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. ECF Nos. 26, 29. Pursuant to Rule 15(a)(1)(B), a plaintiff has 21 days after service of a Rule 12(b) motion to amend the complaint once as of right.

It is hereby ORDERED that Plaintiff shall file any amended complaint by **December 26, 2025**. In accordance with Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the Complaint to address issues raised by the motions to dismiss absent good cause.

If Plaintiff amends, then the Court will deny the previously filed motions to dismiss as moot. By three weeks after the amended complaint is filed, Defendants shall file answers or new motions to dismiss. If Defendants file new motions to dismiss, any opposition shall be filed within 14 days. Any replies shall be filed within seven days of any opposition.

If no amended complaint is filed, then Plaintiff shall file any opposition to the motions to dismiss by **December 26, 2025**. Defendants' replies, if any, shall be filed by **January 2, 2026**.

SO ORDERED.

Dated: December 9, 2025
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge