UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EL'DIVINE STARKIM ALLAH-EL,

                       Plaintiff,

          -v.-

COLUMBIA UNIVERSITY, et al.,

                     Defendants.

25 Civ. 8101 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff El'Divine Starkim Allah-El brought this action on September 30, 2025. *See* ECF No. 1. On December 3, 2025 and December 5, 2025, Defendants Columbia University and Allied Universal Security each moved to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* ECF Nos. 26, 29. On December 26, 2025, Plaintiff filed an amended complaint. *See* ECF No. 39. Accordingly, Defendants' motions to dismiss the complaint, ECF. Nos. 26, 29, are hereby DENIED as moot. *See* ECF No. 33.

The Clerk of Court is directed to terminate ECF Nos. 26, 29.

SO ORDERED.

Dated: December 29, 2025
       New York, New York

                                     JENNIFER H. REARDEN
                                     United States District Judge