The Honorable Jennifer H. Rearden
United States District Court,
Southern District of New York
500 Pearl Street, New York, NY 10007

**Re: Allah-Al v. Allied Universal Security Services, et al.**
**Docket no.. 1-25-cv-018101 JHR**

Dear Judge Rearden:

Plaintiff respectfully submits this letter to request that the Court, in its discretion, accept the sur-reply filed on February  ([ECF No. 62) or, in the alternative, grant leave to file the same *nunc pro tunc*.

Plaintiff recognizes that under Your Honor's Individual Rules, sur-replies are generally not permitted without leave. Plaintiff's prior filing was made in an effort to respond immediately to what Plaintiff perceives as a critical mischaracterization of the record in Defendant's Reply. Plaintiff apologizes to the Court for this procedural oversight and respectfully requests that the filing not be stricken for the following reasons:

In its Reply, Defendant relies on *Barney v. H.E.L.P. Homeless Serv. Corp.* to argue that Plaintiff failed to provide a "particularized description" of the circumstances justifying equitable tolling. This argument misconstrues Plaintiff's position. While Defendant asserts Plaintiff's claims are "generalized," Plaintiff has in fact provided a specific, particularized account of the homelessness and eviction proceedings that directly prevented a timely filing.

Because Defendant first characterized Plaintiff's equitable tolling arguments as "generalized" in its Reply brief, Plaintiff had no prior opportunity to address why the specific facts of this case satisfy the *Barney* standard. Allowing this brief response will ensure the Court reaches a decision based on an accurate understanding of Plaintiff's specific circumstances rather than a misapplied legal standard. Plaintiff thanks the Court for its time and consideration of this request.

Respectfully submitted,

/Dated: Febuary 5th 2026                                  */s/ Adebukola Ogunsanya*

ADEBUKOLA OGUNSANYA, ESQ
State Bar No.5679816
Email:ogunjdapp@gmail.com
COUNSEL FOR PLAINTIFF

]