USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EL' DIVINE STARKIM ALLAH-EL,

Plaintiff,

-against-

ALLIED UNIVERSAL SECURITY, et al.,

Defendants.

25-CV-8101 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court accepts plaintiff's "Motion to Amend/Reply A Complaint for Employment Discrimination" (Dkt. 81) as his Second Amended Complaint, timely filed in compliance with the Court's order dated July 6, 2026. (Dkt. 80.) Consequently, defendants' motions to dismiss plaintiff's First Amended Complaint (Dkts. 46, 49) are DENIED as moot. No later than **August 7, 2026**, defendants must answer or move with respect to the Second Amended Complaint.

The Clerk of Court is respectfully directed to close the motions at Dkts. 46, 49, and 81.

Dated: New York, New York
July 27, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**