USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/20/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EL'DIVINE STRKIM ALLAH-EL,

Plaintiff,

-against-

ALLIED UNIVERSAL SECURITY, et al.,

Defendants.

25-CV-8101 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On February 13, 2026, the Hon. Jennifer H. Rearden, United States District Judge, issued a reasoned Memorandum Opinion & Order denying attorney Adebukola Ogunsanya *pro hac vice* admission to represent plaintiff in the above captioned matter. (Dkt. 65.) Since that time, plaintiff has been representing himself pro se. On August 19, 2026, Ogunsanya submitted a "Notice of Motion to Withdraw as Counsel [o]f Record," requesting, *inter alia*, that the Court enter an order "to terminate . . . [her] electronic service association with [this] action." (Dkt. 90.)

The motion is GRANTED. The Clerk of Court is respectfully directed to terminate Adebukola Ogunsanya as counsel of record for plaintiff in this action.

Dated: New York, New York
August 20, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**