USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/16/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EL'DIVINE STARKIM ALLAH-EL,

Plaintiff,

-against-

ALLIED UNIVERSAL SECURITY, et al.,

Defendants.

25-CV-8101 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On September 8, 2026, the Court received two letters from pro se plaintiff Allah-El, addressed to defendants Allied Universal Security and Columbia University, seeking documents from those defendants pursuant to Fed. R. Civ. P. 26(b)(1) and 34(a). *See* Dkts. 93, 94.

Plaintiff is advised that discovery-related correspondence between the parties or their counsel need not – and should not – be copied to the Court or placed on the docket, except as exhibits to discovery motions or other properly-filed documents. *See* Moses Ind. Prac. §§ 1(h), 2(b).

Dated: New York, New York
September 16, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**